Henry Dorsey
Appellant

PD-1475-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

X Trial Case No. 1370868
X Appellate No. 14-14-00718-CC
X Court of Criminal
X Appeals
X Austin Texas

FILED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

First Motion for Extension of Time to File Petition For Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals:

Comes Now Henry Dorsey, Petitioner, And Files this motion for An extension of Sixty (60) days in which To File A Petition For Discretionary Review. In Support of this motion, Appellant Shows The Court The Following:

(I.)

The Petitioner was Convicted in the 182nd District Court of Houston County, Texas of the offense of Murder 1st degree Cause No. 1370868, Styled State of Texas vs. Henry Dorsey. The Petitioner Appealed to the Court of Appeals 14th Supreme Judicial District. The Case was Affirmed on October 27, 2015 See Attach Exhibit "A" Affirmed Judgment.

(II.)

The Present Deadline For Filing the Petition For Discretionary Review is 11-27-2015. The Petitioner Has Not requested Any Extension Prior To This Request.

(III)

Petitioner's request For An Extension is Based on The Facts in this motion. Petitioner Attorney informed Him that He will Not Be doing A (PDR)

(1)

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CAUSE No. 14-14-00718-CL to DECEMBER 27, 2015

SINCERLY
SUBMITTED
Henry Dorsey
11-10-2015

## CERTIFICATE OF SERVICE

I certify that A true AND correct copy of the Above AND Foregoing First motion for extension of time to file A petition for discretionary review, has been forwarded by U.S. mail postage prepaid, First class TO Court of Crim. Appeals Clerk Abel Acosta. PO box 12308 Capitol station Austin Texas 78711 on this 11-10-2015

SINCERLY
Submitted
Henry Dorsey
11-10-2015

(2)

EXHIBIT A "
ATTACH

(1) AFFIRMED JUDGMENT ON OCTOBER 27, 2015

(3)



# JUDGMENT

## The Fourteenth Court of Appeals

HENRY DEMOND DORSEY, Appellant

NO. 14-14-00718-CR          V.

THE STATE OF TEXAS, Appellee

---

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.